UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

D.W.,

                Plaintiff,

-against-

BOY SCOUTS OF AMERICA, et al.,

                Defendants.

**ORDER**

20-CV-01383 (PMH)

---

PHILIP M. HALPERN, United States District Judge:

    There has been no activity on this docket since November 15, 2021. (Doc. 14). The parties are directed to file a status letter concerning the bankruptcy proceedings by March 2, 2023 and every 120 days thereafter.

**SO ORDERED:**

Dated: White Plains, New York
         February 16, 2023

_____
Philip M. Halpern
United States District Judge