UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

D.W.,

                Plaintiff,

-against-

BOY SCOUTS OF AMERICA, et al.,

                Defendants.

**ORDER**

20-CV-01383 (PMH)

PHILIP M. HALPERN, United States District Judge:

      On February 18, 2020, Defendants filed a Notice of Removal, removing this action from the Supreme Court of the State of New York, County of Westchester, to this Court based upon bankruptcy jurisdiction under 28 U.S.C. § 1334. (Doc. 1). The claims against Boy Scouts of America were automatically stayed pursuant to 11 U.S.C. § 362, and the claims against Westchester-Putnam Council were stayed pursuant to a Consent Order entered by the United States Bankruptcy Court for the District of Delaware on March 30, 2020. The case was reassigned to me on April 6, 2020.

      On February 16, 2023, the Court directed the parties to file a status letter concerning the bankruptcy proceedings every 120 days. (Doc. 15). Defendants advised that the stay remained in effect as of March 1, 2023 and July 21, 2023 (Doc. 16, Doc. 19). The parties failed to file a subsequent status letter every 120 days in accordance with the Court's prior orders. (Doc. 15, Doc. 17, Doc. 20). The Court understands nevertheless that the bankruptcy proceedings remain ongoing.

      The Court will issue an order administratively closing this case without prejudice to reopen within 30 days of the conclusion of the bankruptcy proceedings unless, by December 18, 2023, the parties advise the Court by letter filed via ECF why this stayed case should remain open and active on the Court's docket.

SO ORDERED.

Dated: White Plains, New York
       December 11, 2023

_____
Philip M. Halpern
United States District Judge